✎ LAED 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Percy Cheatham | ) | Case No: 04-203 |
| | ) | USM No: 28969-034 |
| Date of Previous Judgment: 02/16/2005 | ) | Robert Barnard (Fed. Pub. Defender's Office) |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months _____ **is reduced to** _____.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | 120 to --- months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☑ Other (explain):

The Defendant was sentenced to a statutory minimum sentence of 120 months.  Therefore, he is ineligible for a sentencing reduction.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  02/16/2005  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 04/29/2008

_____
Judge's signature

Effective Date: 04/29/2008

Hon. Stanwood R. Duval, Jr., U.S. District Judge

(if different from order date)

Printed name and title